# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DWAYNE FOSTER**,

    *Plaintiff*,

    v.                        Case No:    6:24-CV-00162-GAP-RMN

**GRAND VACATIONS RESORT SERVICES, INC. f/k/a DIAMOND RESORTS FINANCIAL SERVICES, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.**

    *Defendants*.

## NOTICE OF SETTLEMENT AS TO
## EXPERIAN INFORMATION SOLUTIONS, INC. *ONLY*

COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement as to Experian Information Solutions, Inc. *only*.

Dated June 13, 2024,

                                */s/ Christian E. Cok*
                                Christian E. Cok, Esq.
                                Florida Bar No. 1032167
                                Tel: 813-321-2349
                                CCok@Seraphlegal.com

                                SERAPH LEGAL, P. A.
                                2124 W. Kennedy Blvd. Suite A
                                Tampa, FL 33606
                                Fax: 855-500-0705
                                *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

*/s/Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar Number: 1032167