# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **DWAYNE FOSTER**, <br><br> *Plaintiff,* <br><br> v. <br><br> **GRAND VACATIONS RESORT SERVICES INC. f/k/a DIAMOND RESORTS FINANCIAL SERVICES, INC.** *and* **EXPERIAN INFORMATION SOLUTIONS, INC.,** <br><br> *Defendants.* | Case No:   6:24-CV-00162-GAP-RMN |

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement.

Dated August 30, 2024,

*/s/ Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar No. 1032167
Tel: 813-321-2349
CCok@Seraphlegal.com

SERAPH LEGAL, P. A.
2124 W. Kennedy Blvd. Suite A
Tampa, FL 33606
Fax: 855-500-0705
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

*/s/Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar Number: 1032167
