# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DWAYNE FOSTER,

    Plaintiff,

v.                                                     Case No:   6:24-cv-162-GAP-RMN

DIAMOND RESORTS
INTERNATIONAL CLUB, INC.,
EXPERIAN INFORMATION
SOLUTIONS, INC., and GRAND
VACATIONS RESORT
SERVICES, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice as to Defendant Grand Vacation Resort Services, Inc. f/k/a Diamond Resorts Financial Services, Inc. (Doc. 47), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case against Defendant Grand Vacation Resort Services, Inc. is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions relating to Defendant Grand Vacation Resort Services, Inc. are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 13, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties